**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

---------------------------------------------------------------------x

HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP, HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP, and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,

          Petitioners-Appellees,

          v.

HUI QIN,

          Respondent-Appellant.

Case No. 23-7294-cv

---------------------------------------------------------------------x

### PETITIONERS-APPELLEES' NON-OPPOSITION RESPONSE TO SEIDEN LAW LLP'S MOTION TO WITHDRAW AS COUNSEL

Petitioners-Appellees Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership ("Petitioners") respectfully submit this response to Seiden Law LLP's motion to withdraw as counsel solely to correct a statement regarding the procedure of the appeal in paragraph 2 of Amiad Kushner's declaration in support of the motion to withdraw. (Dkt. 76.2). The declaration states that Petitioners filed a motion to dismiss the appeal, which was denied on March 13, 2024. This is incorrect. In its order dated March 13, 2024, the Court did not deny the

motion but instead referred the motion to dismiss to the panel that will determine the merits of the appeal. (Dkt. 29.1).

Petitioners do not otherwise take a position on Seiden Law LLP's motion to withdraw as counsel.

Dated: July 20, 2026

Respectfully submitted,

By: ___ /s/Geoffrey Sant

PILLSBURY WINTHROP SHAW PITTMAN LLP

Geoffrey Sant
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Tel: (786) 913-4900

*Attorneys for Petitioners-Appellees, Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership*

2